# UNITED STATES COURT of APPEALS for the THIRD CIRCUIT / REQUIREMENTS of BRIEFS

| CONTENT of BRIEFS | FORM of BRIEFS | ELECTRONIC BRIEFS |
|---|---|---|

## CONTENT of BRIEFS

### CORPORATE DISCLOSURE STATEMENT
See F.R.A.P. 26.1(b)

### TABLES
1. Table of Contents
2. Table of Citations (**See 3rd Cir. L.A.R. 28.3**)

### *STATEMENTS
1. Subject Matter & Appellate Jurisdiction
2. Issues
3. Case setting out the following:
   a. Relevant facts
   b. Procedural history
   c. Rulings presented for review
4. Related Cases and Proceedings
5. Standard of Review
*Optional in Appellee/Respondent brief unless dissatisfied with statements of Appellant/Petitioner

### ARGUMENT
1. Summary of Argument
2. Argument
3. Conclusion
4. Signatures of Counsel of Record. **An attorney from each listed office must file an Entry of Appearance.**

### COMBINED CERTIFICATIONS
1. Bar Membership
2. Word Count
3. Service
4. Identical Compliance of Briefs
5. Virus check

### ATTACHMENTS to BRIEFS
1. Volume I of Appendix to Appellant/ Petitioner Brief to include:
   a. Notice of Appeal or Petition for Review
   b. Order being appealed
   c. Opinion under review
   d. Order granting Certificate of Appealability where applicable
2. Statutes, Rules, Regulations or Unpublished Opinions if not readily available

## FORM of BRIEFS

### COVER
1. Color of Front & Back Covers
   a. Appellant/Petitioner or 1st Step – **Blue**
   b. Appellee/Respondent or 2nd Step – **Red**
   c. 3rd Step – **Yellow** (Cross-Appeals)
   d. Appellant/Petitioner Reply or 4th Step – **Grey**
   e. Amicus/Intervenor – **Green**
   f. Supplemental – **Tan**
2. Content of Front Cover
   a. Name of Court
   b. Appellate Docket Number(s)
   c. Official Court Caption
   d. Nature of Proceeding
   e. Title of Document
   f. Name(s) & Address(s) of Counsel of Record.
   **An attorney from each listed office must file an Entry of Appearance.**

### BODY/TEXT of BRIEF
1. 8 ½ " x 11" opaque paper with clear black image with 1" margins
2. Double spaced text (quotations over 2 lines may be indented and single spaced; headings and footnotes may be single spaced)
3. †Length: **a.** Principal briefs – 30 pages / 14,000 words / 1,300 *lines, **b.** Reply Brief – 15 pages / 7,000 words / 650 *lines, **c.** 2nd Step Cross-Appeal Brief – 35 pages / 16,500 words / 1,500 *lines
4. Font: **a.** Proportional (14 pt. with serifs), **b.** Monospaced (10 ½ cpi)

†A certification of word or line count must be included when a brief exceeds the required 30, 35 or 15 page limit. Tables, certifications and addenda do not count toward the word or line limitation.
*Monospaced text

### BINDING
Firmly bound at the left margin. Metal fasteners must be covered. Velo or spiral binding acceptable.

## ELECTRONIC BRIEFS

### REQUIREMENTS
1. The brief must be in a PDF text format (**See 3rd Cir. L.A.R. 113.3(b)**).
2. The brief must contain an electronic signature or **s/ first name last name**.
3. Seven (7) hard copies of the brief must be delivered to the Clerk's Office within 5 days of the electronic filing. See Order.
4. Simultaneous service to counsel of record is required.
5. The PDF file and hard copies of the brief must include a certification verifying that the text of the electronic brief and hard copies are identical.
6. The PDF file and hard copies of the brief must include a certification that a virus check was performed indicating the vendor and version information of the virus software.
7. A Notice of Docketing Activity (NDA) will be issued upon the filing of the electronic brief and the receipt of the hard copies.

See F.R.A.P. 25, 28 and 32 and 3rd Cir. L.A.R. 25, 28, 32 and Misc. 113 for the full text of rules and requirements accessible under Rules & Procedures from the Third Circuit website.

**Rules regarding redaction:**
Fed. R. App. P. 25(a)(5)
Fed. R. Civ. P. 5.2
Fed. R. Crim. P. 49.1
Fed. R. Bankr. P. 9037

**3rd Circuit Home Page**
www.ca3.uscourts.gov

**CM/ECF Website**
http://www.ca3.uscourts.gov/cmecf-case-managementelectronic-case-files