# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

15-3409

General Refractories Co v. First State Insurance Co, et al

2-04-cv-03509

# O R D E R

The Court has received the Brief and Appendix] from **Travelers Casualty & Surety Co**.

**The brief does not comply with the following Court requirements:**

**Contents of Brief See FRAP 28- The following is/are missing:**

**.** Certification that electronic version is identical to the paper copies.

**Action Required Regarding Brief:**

In order to cure errors with respect to CONTENT, **Travelers Casualty & Surety Co** must file an addendum to brief containing the missing sections of the brief listed above <u>in electronic format only.</u>

**Counsel or the party(ies) must correct the above listed deficiencies by 02/08/2016. No action will be taken on the document until the error(s) has (have) been corrected.**

**Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if a party fails to comply with the electronic filing requirements, despite notice by the Clerk, the Court may impose sanctions. Such sanctions include, but are not limited to, imposition of costs, disciplinary sanctions, and dismissal of the case.**

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date:  2/3/2016


cc:     **Samuel J. Arena Jr., Esq.**
        **Theodore J. Boutrous Jr., Esq.**
        **Michael Conley, Esq.**
        **Richard J. Doren, Esq.**
        **Blaine H. Evanson, Esq.**
        **Meghan K. Finnerty, Esq.**

    **Daniel T. Fitch, Esq.**
    **Cameron O. Kistler, Esq.**
    **William T. Mandia, Esq.**

**For questions please call 267-299-4940, or contact the Briefing Department of the Clerk's Office at 215-597-2995, option 2.**